UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA A. MANSOUR,<br><br>Plaintiff,<br><br>v.<br><br>CDCR,<br><br>Defendant. | No. 2:19-cv-961-EFB P<br><br><br>ORDER |

Mr. Mansour is a county jail inmate without counsel. This action was opened when the Clerk of the Court docketed a letter written by Mr. Mansour to a district judge in this court concerning the conditions of confinement for non-violent offenders in county jails. ECF No. 1. If Mr. Mansour wishes to commence a civil rights lawsuit or a habeas action in this court, he will be provided the opportunity to do so. To proceed, however, Mr. Mansour must also file an in forma pauperis application or pay the required filing fee ($5.00 for a habeas action; $400 for a civil action). *See* 28 U.S.C. §§ 1914(a); 1915(a).

Accordingly, it is hereby ORDERED that:

1. Mr. Mansour may file a civil rights complaint pursuant to 42 U.S.C. § 1983 or a petition for writ of habeas corpus pursuant to § 2254 within 30 days from the date of service of this order. If he fails to do so, the court will direct the Clerk to close this case.

2. Mr. Mansour also has 30 days from the date of service of this order to submit either the applicable filing fee or the application required by § 1915(a).
3. The Clerk of the Court is directed to send Mr. Mansour the court's form application for leave to proceed in forma pauperis, the prisoner civil rights complaint form, and the court's § 2254 habeas form.

DATED: May 29, 2019.

 _____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE